UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY WAYNE WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MONTEREY COUNTY JAIL,<br><br>　　　　　Defendant. | Case No. 25-cv-03043-EMC<br><br>**ORDER OF DISMISSAL**<br>Re: ECF No. 2 |

Plaintiff Rickey Wayne Williams filed the instant complaint and a motion for leave to proceed in forma pauperis (IFP) on March 26, 2025. ECF Nos. 1, 2. On April 25, 2025, the Court's correspondence regarding deficiencies in Williams' IFP application was returned to the Court as undeliverable. ECF No. 3. Several other pieces of mail have since been returned undeliverable, s*ee* ECF Nos. 5, 7, 10, and more than five months later, the Court has not received an amended complaint, request for extension of time, or any other communication from Williams. Given that Williams failed to comply with Civil Local Rule 3-11, the matter is **DISMISSED WITHOUT PREJUDICE**. *See Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (affirming dismissal of pro se prisoner's complaint for failing to notify court of his change of address). The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: September 16, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge